**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MARY ANN PATTI GUTHRIE, et. al.,
          Plaintiffs,

vs.                                                    Case No. 3:09cv39/MCR/EMT

FINNEGANS WAKE IRISH PUBS, LLC.,
et. al.,
          Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 14, 2009.  (Doc. 39.)  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The motions for remand filed by RBC Bank (USA) (doc. 3), RAM 2000 Contractors, Inc. (docs. 4, 20), Mary Ann Patti Guthrie and Keith Guthrie (doc. 6), Nine Mile Partners, Ltd. (doc. 13), J & G New Market, Inc. (doc. 16), MAP Title Insurance Agency, LLC (doc. 19) and Mary Ann Patti, LLC (doc. 36) are **GRANTED**.

3.      The removal is **DISMISSED** as improper.

4.      The clerk is directed to remand this case, which includes state court case numbers 2008-CA-1516, 2008-CA-1878, 2008-CA-537, 2008-CA-2650, and 2008-CA-3228, to the Circuit Court for Escambia County, Florida.

5.    The clerk is directed to refer this case to the assigned magistrate judge for report and recommendation as to the amount of fees and costs to be awarded to RBC Bank (USA), RAM 2000 Contractors, Inc., Mary Ann Patti Guthrie and Keith Guthrie, Nine Mile Partners, Ltd., J & G New Market, Inc., MAP Title Insurance Agency, LLC, and Mary Ann Patti, LLC for the improper removal.

**DONE AND ORDERED** this 4th day of June, 2009.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**