# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARY ANN PATTI GUTHRIE, et. al.,
    Plaintiffs,

vs.                              Case No. 3:09cv39/MCR/EMT

FINNEGANS WAKE IRISH PUBS, LLC.,
et. al.,
    Defendants.
                                        /

## O R D E R

This matter is brought before the court on the motion for reconsideration filed by RAM 2000 Contractors, Inc.[1] (doc. 72), and the response in opposition filed by defendant Pamela Levitan (doc. 75) . The court previously determined the removal of this action was improper and an award of fees and costs incurred in bringing the motions to remand was appropriate. (*See* docs. 39, 65). In its order of August 31, 2009 (doc. 71), the court rejected the recommended amount of fees and costs to be awarded, finding the parties' motions for fees were not properly supported and an award of fees was not appropriate due to the parties' failure to submit appropriate documentation as required by the local rules. Counsel suggests in the instant motion that neither the magistrate judge's initial report and recommendation (doc. 39) nor the court's order adopting same (doc. 65) required compliance with the local rules. Counsel's argument notwithstanding, compliance with the local rules is inherent in all proceedings before this court, and in this instance counsel did not comply with the local rules, and nothing in the magistrate judge's order

---

[1] The court notes Sharon Wilson as co-counsel for RAM 2000 Contractors, Inc., and as counsel for Mary Ann Patti, LLC, Mary Ann Patti Guthrie, Keith Guthrie, and M.A.P. Title Insurance Agency, LLC, has filed two separate joinders, each a verbatim replication of the instant motion. (Docs. 73, 74).

conflicted with the rules.[2]  Nonetheless, the court will grant the motion for reconsideration and allow the parties to resubmit documentation of fees and costs incurred in bringing their respective motions to remand, together with supporting affidavits.  *See* N.D. Fla. Loc. R. 54.1(E).  The matter shall be referred to the magistrate judge for further proceedings, including a determination of whether the parties' failure to submit monthly time records in accordance with the local rules should be excused.

Accordingly, it is ORDERED that the motion for reconsideration (doc. 72) is GRANTED to the extent that the parties are allowed to resubmit documentation of fees and costs incurred in bringing their respective motions to remand.  This matter is referred to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 2nd day of October, 2009.

 s/ *M. Casey Rodgers*  
**M. CASEY RODGERS**  
**UNITED STATES DISTRICT JUDGE**

---

[2]  The requirement to file monthly time records predates the magistrate judge's order, as it began when the cause of action was removed to this court.

Case No: 3:09cv39/MCR/EMT