IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY ANN PATTI GUTHRIE, et. al.,
    Plaintiffs,

vs.                                                 Case No. 3:09cv39/MCR/EMT

FINNEGANS WAKE IRISH PUBS, LLC.,
et. al.,
    Defendants.
_____/

## **ORDER**

This matter is before the undersigned upon referral from the District Judge (*see* Doc. 76). The non-removing parties shall have ten (10) days to resubmit documentation of fees and costs incurred in bringing their respective motions to remand.

Accordingly, it is **ORDERED**:

Within **TEN (10) DAYS** from the date of docketing of this order, the non-removing parties shall resubmit documentation of fees and costs incurred in bringing their respective motions to remand.

**DONE AND ORDERED** this 5th day of October 2009.


                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**