IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY ANN PATTI GUTHRIE, et al.,
    Plaintiffs,

vs.                                                       Case No. 3:09cv39/MCR/EMT

FINNEGANS WAKE IRISH PUBS, LLC.,
et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 19, 2009. (Doc. 96). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amounts of attorney's fees sought by the non-removing parties are **DISALLOWED** for their failure to comply with Local Rule 54.1.

3. The clerk shall enter judgment in this case.

**DONE AND ORDERED** this 22nd day of December, 2009.

                                                     *s/ M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT JUDGE**